■ GEORGE CANNATA et al., Appellants, v. CITY OF NEW YORK, Respondent. — Motion by respondent to correct the record on appeal so as to include a document omitted, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SALLY CONFORTE, Respondent, v. BENJAMIN C. ELIAS et al., Appellants. — On the call of the calendar, appeal dismissed; there being no appearance for appellants and appellants having failed to comply with an order of this court, dated March 2, 1961, requiring them to perfect their appeal for the April 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ CHRISTO DENGELES et al., Respondents, v. WILLIAM COURDUFF, Appellant. MARIE L. DENGELES, Plaintiff, v. WILLIAM COURDUFF, Defendant.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ LAWRENCE ESPOSITO et al., Appellants, v. AGNES HERRSCHAFT, Respondent.— Motion by appellants to reverse a judgment of the County Court, Suffolk County, entered January 23, 1961, after a nonjury trial before a Referee to whom the action was referred to hear and determine, in favor of appellants on the second cause of action and dismissing the first cause of action; and for a new trial. Appellants make the motion on the ground that a proper record is unavailable and, hence, they are prevented from prosecuting their appeal. Motion granted; judgment reversed on the law, without costs, and a new trial granted. The findings of fact made by the Referee have not been considered. It appears that no stenographer was present at the trial and that the Referee's penciled notes constitute the only record of the testimony adduced. The Referee has died, and a search of his files has failed to produce any of his notes or other record of the testimony of the trial. Under the circumstances a new trial must be had. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ FLEET'S NECK PROPERTY OWNERS ASSOCIATION et al., Appellants, v. W. HARRY LISTER et al., Constituting the Town Board and Building Inspector of the Town of Southold, Respondents.— Motion by appellants for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) JULIAN HOUSE, Respondent, v. UGO PEREZ, Appellant. (B) FRIEDA KANE, Respondent, v. JACK & BETTY REALTY CORP., Appellant. (C) JENNIFER KENNEDY, Respondent, v. ROBERT J. REMACK, Appellant.— [In each action] Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.